FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 05 2011

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TEYA STASSINOS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 11-CV-313-F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER REQUIRING SERVICE OF MOTION
## UNDER 28 U.S.C. § 2255 AND REQUIRING RESPONSE

The above-entitled matter came before this Court upon Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. The Court has examined the motion and finds that it should be served upon the Respondent.

IT IS HEREBY ORDERED that the Clerk of Court shall serve a copy of the motion under 28 U.S.C. § 2255 upon the Respondent.

IT IS FURTHER ORDERED that the Respondent shall file a response within twenty-one (21) days after service of the motion.

Dated this 5th day of October, 2011.

_____
Nancy D. Freudenthal
Chief United States District Judge